

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 30 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Alvizu, Anilu DEFENDANT(S). | CASE NUMBER SACR11-209-13 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Wed, Oct 12, 2011__, at __2:00__ ☐a.m./☒p.m. before the Honorable __Robert N Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/30/11__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge